**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Realty Executives International, Inc., | |
| Plaintiff, | No. CV-15-01225-PHX-PGR |
| vs. | ORDER |
| Otto E. Lugo, et al., | |
| Defendants. | |

    Pending before the Court is Defendants' Motion to Dismiss for Improper Venue and the Lack of Personal Jurisdiction, filed on September 23, 2016, wherein the defendants seek the dismissal of this action without prejudice. A review of the docket establishes that the plaintiff has neither responded to the motion nor requested an extension of time to do so. Since the time for responding to the motion pursuant to LRCiv 7.2(c) has expired, the Court deems the plaintiff's failure to file the required answering memoranda to be its consent to the granting of the motion pursuant to LRCiv 7.2(i). Therefore,

    IT IS ORDERED that Defendants' Motion to Dismiss for Improper Venue and the Lack of Personal Jurisdiction (Doc. 61) is granted and that this action is dismissed in its entirety without prejudice. The Clerk of the Court shall enter

1  judgment for the defendants accordingly.

2      IT IS FURTHER ORDERED that the Motion to Withdraw as Counsel for the

3  Defendants (Doc. 63) is granted and that Sal J. Rivera and the law firm of Rivera

4  Law Group P.C. are withdraw as local counsel for the defendants.

5      DATED this 14th day of November, 2016.

*[signature]*
Paul G. Rosenblatt
United States District Judge